# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ, JUDGE)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR4406 |
| Plaintiff, | |
| v. | JOINT MOTION TO CONTINUE SENTENCING HEARING |
| JOSE FLORES, JR., | |
| Defendant. | |

IT IS HEREBY ORDERED, based upon the foregoing Joint Motion and good cause shown, that the sentencing date of defendant JOSE FLORES, JR. in the above-entitled case be and is hereby continued from Friday, February 23, 2010 at 9:00 a.m. to Friday, June 25, 2010 at 10:30 a.m.

**SO ORDERED.**

DATED: February 2, 2010

_____
Honorable Barry Ted Moskowitz
United States District Judge

1                                                                                              08CR4406