UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE FLORES, JR. (1),
aka Shaggy,

Defendant.

Case No. 08cr4406-BTM

AMENDED ORDER OF CRIMINAL FORFEITURE

On October 7, 2009, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of JOSE FLORES, JR. (1) in the following properties:

a. $1,500.00 in U.S. currency seized from Defendant's apartment on or about December 16, 2008, and

b. One 39 X. 7.62 caliber Norinco MAK-90 Rifle, S.N. 16048.

For thirty (30) consecutive days ending on June 26, 2010, the United States published on the Government's forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right

//

to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

On June 22, 2010, Notice of Order of Forfeiture was sent by certified mail as follows:

| Name and Address | Article No. | Result |
| --- | --- | --- |
| Jose Rojas (2)<br>c/o Michael J. McCabe<br>Attorney at Law<br>2442 Fourth Avenue<br>San Diego, CA 92101 | 7007 2560 0001 9143 9422 | Signed for as received on 6/23/10 |
| Alberto Violante (3)<br>c/o Steven E. Feldman<br>Attorney at Law<br>934 23rd Street<br>San Diego, CA 92102-1914 | 7007 2560 0001 9143 9439 | Signed for as received on 6/23/10 |
| Eduardo Pegueros (4)<br>c/o Robert Carriedo<br>Attorney at Law<br>105 West F Street, 3rd Floor<br>San Diego, CA 92101-6036 | 7007 2560 0001 9143 9446 | Signed for as received on 6/23/10 |
| William Dunkle (5)<br>c/o Oliver P. Cleary<br>Attorney at Law<br>105 West F Street, Fourth Floor<br>San Diego, CA 92101-6036 | 7007 2560 0001 9143 9453 | Signed for as received on 6/23/10 |
| Kevin Smith (6)<br>c/o Shaun Khojayan, Esq.<br>Law Offices of Shaun Khojayan<br>& Associates PLC<br>9454 Wilshire Blvd., Suite 600<br>Beverly Hills, CA 90212 | 7007 2560 0001 9143 9460 | Signed for as received on 6/24/10 |

Thirty (30) days have passed following the final date of notice by publication and notice by certified mail, and no third party has made a claim to or declared any interest in the forfeited properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of JOSE FLORES, JR. (1) and any and all third parties in the following properties are hereby condemned, forfeited and vested in the United States of America:

a. $1,500.00 in U.S. currency seized from Defendant's apartment on or about December 16, 2008, and

b. One 39 X. 7.62 caliber Norinco MAK-90 Rifle, S.N. 16048.

IT IS FURTHER ORDERED that costs incurred by the United States Marshals Service, the Federal Bureau of Investigation and any other governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties.

IT IS FURTHER ORDERED that the United States Marshals Service shall dispose of the forfeited properties according to law.

DATED: July 27, 2010

Honorable Barry Ted Moskowitz
United States District Judge